FILED

OCT 15 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

*- 1 -*

440

$2   #5

Fees paid

| | | |
|---|---|---|
| 1 | Your Name: | Alejandro Evaristo Perez |
| 2 | Address: | 9233 Westheimer #136, Houston, Texas 77063 |
| 3 | Phone Number: | 214-762-0075 |
| 4 | Fax Number: | |
| 5 | E-mail Address: | alejandro.evaristo.perez@gmail.com |
| 6 | Pro Se Plaintiff | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Alejandro Evaristo Perez

Case Number _____   C 20 07238 SVK

Plaintiff,

vs.

LinkedIn Corporation

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ☐   No ☑

Defendant.

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

| | |
|---|---|
| Name: | Alejandro E. Perez |
| Address: | 9233 Westheimer #136, Houston, Texas 77063 |
| Telephone: | 214-762-0075 |

COMPLAINT
PAGE 1 OF 7 [*JDC TEMPLATE – Rev. 05/2017*]

1   2. Defendants. [*Write each defendant's full name, address, and phone number.*]

2   Defendant 1:

3   Name:        LinkedIn Corporation

4   Address:     1000 W Maude Ave, Sunnyvale, Santa Clara County, CA, 94085

5   Telephone:   650-687-3600

6

7   Defendant 2:

8   Name:        _____

9   Address:     _____

10  Telephone:   _____

11

12  Defendant 3:

13  Name:        _____

14  Address:     _____

15  Telephone:   _____

16

17                          **JURISDICTION**

18  [*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

19  3. My case belongs in federal court

20  ☑ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

21  [*Which federal law or right is involved?*] _____

22  Code of Civil Procedure – Section 425.16 California's Anti-SLAPP Law
    _____.

23  ☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the

24  defendants <u>and</u> the amount of damages is more than $75,000.

25

26

27

28

COMPLAINT

PAGE _2_ OF _7_ [*JDC TEMPLATE – Rev. 05/2017*]

- 3 -

# VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check the box for each venue option that applies.*]

    4.    Venue is appropriate in this Court because:

        ☑ a substantial part of the events I am suing about happened in this district.

        ☐ a substantial part of the property I am suing about is located in this district.

        ☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

        ☑ at least one defendant is located in this District and any other defendants are located in California.

# INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka.  First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties.  The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

    5.    Because this lawsuit arose in _____ County, it should be assigned to the _____ Division of this Court.

# STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case.  Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

    6    On May of 2020, the Defendant violated Anti-SLAPP laws by censoring and destroying the Plaintiff's LinkedIn account when the Plaintiff exercised his right of Preferred Political Free Speech on a public issue and/or public interest to his 7,000 consenting associations in the United States.

COMPLAINT
PAGE 3 OF 7 [*JDC TEMPLATE – Rev. 05/2017*]

7     The Plaintiff's Preferred Political Free Speech are warnings about the "Clear and Present Danger" (a public issue and/or public interest) regarding the Chinese Communist Party's "Unrestricted Warfare" Multi Domain Doctrine to the Plaintiff's 7,000 consenting contacts, who included US General Robert Spalding, US General Stanley McChrystal, US Senator Mark Warner, Dr. Julia Badger (NASA), and NATO General Van Roosen.

8     Prior to the violation of Anti-SLAPP laws, the Plaintiff generated  a LinkedIn Profile inside the Defendant's global social media forum operating in US soil where the Plaintiff started with blank profile and 0 consenting contacts. Over the years, the Plaintiff grew his personal profile from 0 to over 7,000 consenting associations with his own efforts, own time, own dedication, own skill, and, at times, paid advertising.

9     The Plaintiff was a paying customer until the Defendant provided the opportunity to become a LinkedIn PREMIUM member at free of cost due to his status as an Honorable US War Veteran. The Plaintiff has also paid for advertising in the Defendant's social media platform, where the Plaintiff operated and exercised his Freedom of Speech and Petition until the incident where the Defendant disconnect the services to the Plaintiff's public forum on behalf of the CCP.

10     Because of the Defendant violated Anti-SLAPP Laws, the Plaintiff cannot access nor exercise his right of Free Speech nor exercise his right to petition with his 7,000 consenting associations on LinkedIn for information, job opportunities, references, public issues, public interest, and/or feedback. Consenting associations include US government leaders and US military leaders who operate their messages, campaigns, and/or engagement in the forum.

11     From 22 June 2020 to 09 October 2020, the Plaintiff filed a complaint with the Southern District Court of Texas. There, the Honorable Judge Nancy F. Atlas reviewed the case and motions. She approved a "Dismissed without Prejudice" order and a "Motion to Transfer" order to the Northern District of California, San Jose Division. The original court case was Perez v. Linkedin Corporation 4:20-cv-02188. The Plaintiff is refiling against Defendant.

//

//

COMPLAINT
PAGE 4 OF 7 *[JDC TEMPLATE – Rev. 05/2017]*

## CLAIMS

### First Claim

*(Name the law or right violated:* Code of Civil Procedure – Section 425.16 (e)(3)        *)*

*(Name the defendants who violated it:* LinkedIn Corporation        *)*

*[Explain briefly here __what__ the law is, __what each__ defendant did to violate it, and __how__ you were harmed.  You do not need to make legal arguments. You can refer back to your statement of facts.]*

12.    The Plaintiff made written statements in a place open to his public forum in connection with an issue of public interest. The Defendant penalized the Plaintiff and removed the Plaintiff from the Plaintiff's 7,000 consenting associations. The Plaintiff cannot longer post written statements in a place open in his public forum in connection with an issue of public interest.

13.    The Plaintiff's Preferred Political Free Speech are warnings about the "Clear and Present Danger" (a public issue and/or public interest) regarding the Chinese Communist Party's "Unrestricted Warfare" Multi Domain Doctrine to the Plaintiff's 7,000 consenting contacts, which included high profile leaders.

14.    The Plaintiff still cannot access, cannot conduct in furtherance, nor exercise his right to Free Speech or Petition with his 7,000 consenting associations on his LinkedIn public forum for information, job opportunities, references, public issues, public interest, and/or feedback due to the Defendant's negative legal actions of censorship and disassociation.

15.    The Plaintiff's 7,000 consenting associations include US government leaders and US military leaders who operate their messages, campaigns, and/or engagement in the forum where topics of public interest and/or public issues are exchanged. The Plaintiff cannot make those exchanges of public interest and/or public issues due to the Defedant's negative legal actions.

___.

//

COMPLAINT

- 6 -

Second _____ **Claim**

*(Name the law or right violated:* Code of Civil Procedure – Section 425.16 (e)(4)          )

*(Name the defendants who violated it:* LinkedIn Corporation          )

    16    The Plaintiff still cannot access, cannot conduct in furtherance, nor exercise his his right to Free Speech or Petition with his 7,000 consenting associations on his LinkedIn public forum for information, job opportunities, references, public issues, public interest, and/or feedback due to the Defendant's negative legal actions of censorship and disassociation.

    17    On the 4th of October 2020, the Plaintiff petitioned for the "REJECT THE CHINESE COMMUNIST PARTY" on his Facebook public forum, but the Plaintiff cannot access nor exercise his right to petition with his 7,000 consenting associations in his Linkedin public forum, which include US Army TRADOC, Army Future Command, and DARPA.

    18    The Plaintiff's 7,000 consenting associations include US government leaders and US military leaders who operate their messages, campaigns, and/or engagement in the forum where topics of public interest and/or public issues are exchanged. The Plaintiff cannot make those exchanges of public interest and/or public issues due to the Defendant's negative legal actions.

COMPLAINT

PAGE _6_ OF _7_ *[JDC TEMPLATE – 05/17]*

- 7 -

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

19.  The Plaintiff finds the Defendant's conduct to be unethical, unpatriotic, in "Bad Faith", and unnecessary. The Plaintiff has tried to settle with Defendant many times, but the Defendant perfers such immoral behavior and to waste everyone's time in a civic matter. In Perez v. Linkedin Corporation 4:20-cv-02188, the Defendant did everything possible to avoid settling with the Plaintiff and avoid doing what is right.

For those reasons, the Plaintiff wants 3 reliefs from the Defendant.

First, the Plaintiff wants his Linkedin account restored with all 7,000 Consenting Connections.

Second, Plaintiff wants $1,000,000,000 of relief as punitive damages, risks due, and buying support. The Plaintiff needs to create awareness and buy support to safeguard the Plaintiff's existance.

Third, the Plaintiff wants the Defendant to update the User Agreement to a higher standard.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐  Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date:   12 OCT 2020          Sign Name: 

Print Name:   Alejandro Evaristo Perez

COMPLAINT
PAGE 7 OF 7  *[JDC TEMPLATE – 05/17]*